UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JORGE SANCHEZ,

        Petitioner,

  v.

BEN CURRY et al,

        Respondent.
                                    /

Case Number: C07-03599 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge Sanchez E-68378
Correctional Training Facility
P.O. Box 705/ND-45-up
CTF North Facility
Soledad, CA 93960-0705

Dated: November 19, 2007

                                           Richard W. Wieking, Clerk
                                           By: Cora Klein, Deputy Clerk

*Cora Klein*