EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
AMBER N. WIPFLER, State Bar No. 238484
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5721
  Fax: (415) 703-5843
  Email: Amber.Wipfler@doj.ca.gov

Attorneys for Respondent Warden B. Curry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE SANCHEZ,<br><br>                Petitioner,<br><br>v.<br><br>BEN CURRY ET. AL.,<br><br>                Respondent. | C07-3599 VRW<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DECLARATION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge: The Honorable Vaughn R. Walker |

**REQUEST FOR EXTENSION OF TIME**

    Petitioner Jorge Sanchez is a California state inmate at the Correctional Training Facility, proceeding pro se in this habeas corpus action. Petitioner alleges that the Board of Parole Hearings unconstitutionally denied him parole at his 2005 parole consideration hearing. On November 19, 2007, this Court issued an Order to Show Cause, requiring Respondent Warden Ben Curry to file a responsive pleading on or before January 19, 2008. For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully requests a three-week extension of time, up to and including February 8, 2008, to file a responsive pleading in this

///

1 | matter.

2 | Dated: January 16, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Amber N. Wipfler*

AMBER N. WIPFLER
Deputy Attorney General
Attorneys for Respondent Warden B. Curry

40206623.wpd
SF2007403220

Req. for EOT; Decl. of Counsel; [Prop.] Order

*Sanchez v. Curry*
C07-3599 VRW

## DECLARATION OF COUNSEL

I, Amber N. Wipfler, declare:

1. I am an attorney admitted to practice before the courts of the state of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Jorge Sanchez.

3. On November 19, 2007, this Court issued an Order to Show Cause, requiring Respondent to file a responsive pleading on or before January 18, 2007.

4. On November 30, 2007, my paralegal requested the documents necessary to respond to Petitioner's habeas claims. These documents included the state court petitions and orders, as well as portions of Petitioner's central file, which contains the probation report, parole hearing transcript, and other documents needed to file a responsive pleading. As of today, January 15, 2007, these documents have not yet arrived. My paralegal has sent another request to the custodians of record, and expects that the documents will arrive within a week.

5. As these documents are necessary in order for me to determine the legitimacy of Petitioner's claims and whether his petition is procedurally proper, I respectfully request a three-week extension of time, up to and including February 8, 2008, to file a responsive pleading in this matter.

6. No other extensions of time have been requested or granted.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8. Without an extension of time, Respondent would be substantially harmed or prejudiced in that Respondent would not have an opportunity to research Petitioner's claims and prepare a

///

///

///

1 | proper and thorough answer.

2 |     I declare under penalty of perjury that the above is true and correct, and that this declaration
3 | was executed on January 16, 2008, in San Francisco, California.

                                                Amber N. Wipfler
                                                Deputy Attorney General

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Sanchez v. Curry**
No.: **C07-3599 VRW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 16, 2008</u>, I served the following documents:

1.  REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DECLARATION OF COUNSEL

2.  [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jorge Sanchez
**E-68378**
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
    *In Pro Se*

## Electronic Mail Notice List

I have caused the above-mentioned documents to be electronically served on the following person, who is currently on the list to receive e-mail notices for this case:

**NONE**

**Manual Notice List**

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Jorge Sanchez
**E-68378**
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
    *In Pro Se*


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 16, 2008, at San Francisco, California.

| | |
|---|---|
| S. Redd | *[signature]* |
| Declarant | Signature |

SF2007403220
40206747.wpd

2