IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE SANCHEZ,<br><br>   Petitioner,<br><br>   v.<br><br>BEN CURRY ET. AL.,<br><br>   Respondent. | C07-3599 VRW<br><br>**[PROPOSED] ORDER**<br><br>Judge: The Honorable Vaughn R. Walker |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a three-week extension of time, up to and including February 8, 2007, to file a responsive pleading in this matter. Petitioner shall have 30 days thereafter to file a reply.

_____
Vaughn R. Walker
Judge of the U.S. District Court

Req. for EOT; Decl. of Counsel; [Prop.] Order

Sanchez v. Curry
C07-3599 VRW