IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE SANCHEZ,**<br><br>Petitioner,<br><br>v.<br><br>**BEN CURRY ET. AL.,**<br><br>Respondent. | C07-3599 VRW<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: The Honorable Vaughn R. Walker |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a three-week extension of time, up to and including February 8, ~~2007~~ 2008, to file a responsive pleading in this matter. Petitioner shall have 30 days thereafter to file a reply.

GRANTED

Judge Vaughn R Walker

Req. for EOT; Decl. of Counsel; [Prop.] Order

*Sanchez v. Curry*
C07-3599 VRW