# EXHIBIT A

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

Date: AUG. 03, 1990

HONORABLE: R.W. ARMSTRONG JUDGE    B. SMITH, Deputy Clerk
W. DOWNS Deputy Sheriff    K. ANDERSON, Reporter
(Parties and counsel checked if present)

| VA 002428 PEOPLE OF THE STATE OF CALIFORNIA VS SANCHEZ, JORGE X — 1994916 | Counsel for Plaintiff | IRA REINER, DISTRICT ATTY. BY L. WONG DEPUTY |
| --- | --- | --- |
| | Counsel for Defendant | W. LITTLEFIELD, PUBLIC DEFENDER BY R. ESTRADA DEPUTY |

NATURE OF PROCEEDINGS  PROBATION AND SENTENCE    (Boxes checked if order applicable)

PROBATION DENIED. SENTENCE AS INDICATED BELOW.
Whereas the said defendant having.................................duly...... PLEADED..............................
guilty in this court of the crime of MURDER, in violation of Section 187(A) Penal Code, a felony, as charged in Count 1 of the Information.

Murder is fixed at SECOND DEGREE.



It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the
☐ County Jail of the County of Los Angeles for the term of.....................................

☒ State Prison for the term prescribed by law of 15 years to LIFE.

☒ Defendant is given credit for........121...............days in custody, , including 40 days GT/WT.
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles
   ☒ to be by him delivered into the custody of the Director of Corrections at the California State Institution
   for........Men..................at...........Chino...........................

ENTERED

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

08-20-90
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

2    76J 805A - (REV.7-78)
C109

**JUDGMENT**

PINK ORIGINAL TO FILE    GREEN COPY TO PROBATION EXPEDITER
WHITE COPY TO MICROFILM    GOLDENROD TO COUNTY JAIL
YELLOW COPY TO STATE WIDE DISTRIBUTION