# EXHIBIT E

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

COURT OF APPEAL - SECOND DIST.
F I L E D
JAN 25 2007
JOSEPH A. LANE       Clerk
S. VEVERKA
                    Deputy Clerk

| | | |
|---|---|---|
| In re | ) | B 194620 |
| | ) | |
| JORGE SANCHEZ, | ) | (Super.Ct.No.VA002428, BH003827) |
| | ) | (David Wesley, Judge) |
| on Habeas Corpus. | ) | |
| | ) | ORDER |
| | ) | |

THE COURT:*

The petition for writ of habeas corpus has been read and considered.

The petition is denied for failure to state sufficient facts or to provide an adequate record or legal authority demonstrating entitlement to the relief requested. There is "some evidence" to support the findings of the Board of Prison Terms. (See *In re Dannenberg* (2005) 34 Cal.4th 1061.)

\*EPSTEIN, P.J.,        WILLHITE, J.,        MANELLA, J.